B250a
(1/88)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re  
    Richard S. Brown  
        Debtor

Bankruptcy No. 21-13400MDC

Richard S. Brown  
        Plaintiff

Adversary No. 23-00011MDC

Christine Sethna  
Jonathan Sethna  
Hatboro Federal Savings Bank  
        Defendant

### SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.  Answer is due 03/20/2023.

Address of Clerk        U.S. Bankruptcy Court        U.S. Bankruptcy Court  
                                  Robert N.C. Nix Building      201 Penn Street Ste 103  
                                  900 Market Street, Suite 400  Reading, PA 19601  
                                  Philadelphia  PA   19107-4299

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

        Name/Address of Plaintiff's Attorney        Richard S. Brown  
                                                                116 Zircon Court  
                                                                Warrington PA 18976

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



February 17, 2023

FOR THE COURT

TIMOTHY B. MCGRATH  
CLERK

By: s/Yvette Ruiz  
Deputy Clerk

Bankruptcy No. 21-13400MDC       Adversary No. 23-00011MDC

CERTIFICATE OF SERVICE

I, _____ certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made _____ (date) by:

( ) Mail service: Regular, first class United States mail, postage pre-paid, addressed to:

( ) Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

( ) Residence Service: By leaving the process with the following adult at:

( ) Publication: The defendant was served as follows:[Describe briefly]

( ) State Law:  The Defendant was served pursuant to the laws of the State of _____ (name of state) as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

_____          _____
Date                                                                  Signature

Print Name            _____

Business Address      _____

City, State, Zip      _____